# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LUCIAN MIHAI,

          Plaintiff,

vs.

NORMAN GIBBS HENDERSON, *et al.,*

          Defendants.

Case No.: 2:10-cv-01335-KJD-PAL

**ORDER**

    This matter is before the court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint in this matter was filed in state court and was subsequently removed to federal court on August 9, 2010 (Dkt. #1). The Answer (Dkt. #8) was filed August 20, 2010. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. Defendants filed their Certificate as to Interested Parties (Dkt. #7) on August 19, 2010. To date, Plaintiff has failed to comply. Accordingly,

///
///
///
///

1  **IT IS ORDERED** Plaintiff shall file his Certificate as to Interested Parties, which fully
2  complies with LR 7.1-1 **no later than 4:00 p.m., September 24, 2010.** Failure to comply may result in
3  the issuance of an order to show cause why sanctions should not be imposed.
4  Dated this 10th day of September, 2010.

_____
Peggy A. Leen
United States Magistrate Judge