# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LUCIAN MIHAI,

    Plaintiff,

v.

NORMAN GIBBS HENDERSON, et al.,

    Defendants.

Case No. 2:10-CV-01335-KJD-GWF

**ORDER**

Currently pending before the Court is Defendants' Motion to Dismiss Plaintiff's Negligent Entrustment Claim (#22), filed March 16, 2011.  Defendants filed a Notice of Non-Opposition (#24) on May 10, 2011.  To date, no response has been filed as provided in Local Rule 7-2.  Local Rule 7-2(d) allows the Court to consider failure to file points and authorities in opposition as consent to the granting of the motion.

Additionally, the Court has reviewed Defendants' Motion, and finds it to have merit. Defendants seek that the Court dismiss Plaintiff's negligent entrustment claim, because Defendants have admitted that Mr. Henderson was in the course and scope of his employment.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiff's Negligent Entrustment Claim (#22) is **GRANTED** pursuant to Local Rule 7-2(d).

DATED this 13th day of May 2011.

_____

Kent J. Dawson
United States District Judge